An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RIVERWALK TOWER UNIT-OWNERS'
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION, FOR ITSELF
AND FOR ALL OTHERS SIMILARLY
SITUATED,

        Appellant/Cross-
        Respondent,

    vs.

RIVERWALK DEVELOPMENT, LLC, A
NEVADA LIMITED LIABILITY
COMPANY;

        Respondent/Cross-
        Appellant,

    and

DION GEORGE, AN INDIVIDUAL;
CHAIM FREEMAN, AN INDIVIDUAL;
AND SHEVACH, INC., A CALIFORNIA
CORPORATION,

        Respondents.

No. 62348

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

RIVERWALK TOWER UNIT-OWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION, FOR ITSELF
AND FOR ALL OTHERS SIMILARLY
SITUATED,

        Appellant,

    vs.

SHEVACH, INC., A CALIFORNIA
CORPORATION; DION GEORGE, AN
INDIVIDUAL; AND CHAIM FREEMAN,
AN INDIVIDUAL,

        Respondents.

No. 65266

15-22215

## ORDER DISMISSING APPEALS AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, these appeals and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Michael Montero, District Judge
Maddox, Segerblom & Canepa, LLP
Nancy Helene Jasculca
Lemons, Grundy & Eisenberg
Castronova Law Offices, P.C.
Washoe District Court Clerk